IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:09CR3128 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JILL RANEE ANDERSEN, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that a hearing on the defendant's motion to review detention (filing 22) is scheduled before the undersigned United States district judge on the 14th day of January, 2010, at the hour of 1:30 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall, North, Lincoln, Nebraska.  The defendant shall be present for the hearing.

    Dated January 12, 2010.

                                          BY THE COURT:

                                          *Richard G. Kopf*
                                          United States District Judge