IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:09CR3128 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JILL RANEE ANDERSEN, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of defense counsel,

IT IS ORDERED that Defendant Andersen's sentencing is continued to Wednesday, April 21, 2010, at 12:00 noon, before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated March 25, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge